# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2887

_____

Sarojini Daram,

*Plaintiff - Appellant*,

v.

Jeffrey J. Ptak, M.D., P.C.,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 20, 2013
Filed: March 7, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Sarojini Daram appeals the district court's[1] dismissal of her complaint as subject to claim preclusion under Arizona law. Upon our careful review, see <u>C.H. Robinson Worldwide, Inc. v. Lobrano</u>, 695 F.3d 758, 763 (8th Cir. 2012) (de novo review of grant of motion to dismiss based on res judicata); <u>David v. Tanksley</u>, 218 F.3d 928, 930 (8th Cir. 2000) (de novo review of district court's interpretation of state law), we affirm for the reasons provided by the district court. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.